# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> JAMES LAMAR CURETON <br> Date of Previous Judgment: October 27, 1999 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 3:98CR00298-003 <br> USM No: 13829-058 <br> Noell P. Tin <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 40     Amended Offense Level: 40
Criminal History Category: II     Criminal History Category: II
Previous Guideline Range: 324 to 405 months     Amended Guideline Range: 324 to 405 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction as the Total Offense Level and guideline imprisonment range remain unchanged since they were based on a cross-reference to First Degree Murder under USSG §2D1.1(d) and §2A1.1(a), rather than on the amount of cocaine base involved in the offense.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated October 27, 1999 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 24, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge